

MEMO ENDORSED

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

## STEIN | SAKS, PLLC

▲ NJ Bar Admissions
` CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 14, 2022

**Via CM/ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York

    Re:    **Zinnamon v. Sebastian Cruz Coutoure, Inc.**
            **Case #: 1:22-cv-05440-CM**

Dear Judge McMahon:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for November 17, 2022, be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

    The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address. We ask for additional time to establish contact with Defendant.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                         Respectfully submitted,

                                         *s/ Mark Rozenberg*
                                         Mark Rozenberg, Esq.

*[Handwritten endorsement: OK — Conference cancelled. /s/ Colleen McMahon 11/16/2022]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022